IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DERRICK SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-216 (HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 21, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,900.89 and costs of $421.15 .

This 22nd day of December, 2021.

David W. Bunt, Clerk

s/ Heather Willis, Deputy Clerk